Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Rebecca R. Perez
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 07 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AARON DANIEL AUNG,<br>JAIMES TIN AUNG, and<br>NADIA ERIKA COLE,<br><br>　　　　　　　　　Defendants. | INDICTMENT　2:24-CR-106-TOR<br><br>Vio.: 18 U.S.C. § 371<br>　　　Conspiracy to Commit<br>　　　International Parental<br>　　　Kidnapping<br>　　　(Count 1)<br><br>18 U.S.C. §§ 1204, 2<br>　　　International Parental<br>　　　Kidnapping<br>　　　(Count 2) |

The Grand Jury charges:

COUNT 1

On or about May 2024 and continuing until on or about July 7, 2024, in the Eastern District of Washington, and elsewhere, including Mexico, the Defendants AARON DANIEL AUNG, JAIMES TIN AUNG, and NADIA ERIKA COLE,

INDICTMENT – 1

knowingly combined, conspired, confederated, and agreed to commit an offense against the laws of the United States, that is, international parenting kidnapping, in violation of 18 U.S.C. §1204, all in violation of 18 U.S.C. § 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object, the conspirators committed numerous over acts in the Eastern District of Washington and elsewhere, including the following:

1. On or about May 29, 2024, AARON DANIEL AUNG conducted a custody exchange of Minor Victim, with Minor Victim's mother, Samara Harmon, at the Pullman, Washington police station.

2. On or about May 29, 2024, AARON DANIEL AUNG retrieved a Cadillac registered to JAIMES TIN AUNG, from a storage unit at Inland Boat and RV Storage, in Athol, Idaho.

3. On or about May 29, 2024, NADIA ERIKA COLE left the Seattle-Tacoma International airport, where she had checked in for a scheduled flight, to meet AARON DANIEL AUNG and Minor Victim and travel to Mexico.

4. On or about May 30, 2024, AARON DANIEL AUNG traveled with Minor Victim through the Eastern District of Washington, into the Western District of Washington, where he met up with NADIA ERIKA COLE at a predesignated location, in Tacoma, Washington.

INDICTMENT – 2

5. On or about June 1, 2024, AARON DANIEL AUNG and NADIA ERIKA COLE crossed the border to Mexico with Minor Victim.

6. On or about June 3, 2024, AARON DANIEL AUNG failed to return Minor Victim to Minor Victim's lawful parent Samara Harmon, at the designated location in Pullman, Washington, pursuant to the parenting plan then in place.

7. On or about May 31, 2024, through June 16, 2024, JAIMES TIN AUNG assisted AARON DANIEL AUNG in avoiding law enforcement detection by exchanging coded/encrypted messages and warning AARON DANIEL AUNG about the ongoing investigation and how to avoid detection.

8. On or about June 1, 2024, until July 4, 2024, AARON DANIEL AUNG and NADIA ERIKA COLE remained in Mexico with Minor Victim, contrary to Samara Harmon's parental rights.

## COUNT 2

On or about June 1 through July 7, 2024 in the Eastern District of Washington and elsewhere, including Mexico, the Defendants AARON DANIEL AUNG, JAIMES TIN AUNG, and NADIA ERIKA COLE did remove Minor Victim from the United States and retain Minor Victim outside of the United States with the intent to obstruct the lawful exercise of another person's parental rights, and did aid and abet the same, in violation of 18 U.S.C. §§ 1204, 2.

INDICTMENT – 3

DATED this 7th day of August 2024.

_____
Vanessa R. Waldref
United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

_____ for
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 4