UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NADIA ERIKA COLE,<br><br>　　　　　　　　　Defendant. | No. CR 24-00106-TOR<br><br>NOTICE OF APPEARANCE AND REQUEST FOR DISCOVERY |

**TO:**　　　**Clerk of This Court**

**AND TO:**　　**Rebecca Perez and Michael Ellis, Assistant United States Attorney**

　　　YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Emily M. Gause, of Gause Law Offices, PLLC, hereby appears in the above-entitled cause as attorney of record for Nadia Cole. All further papers and pleadings herein, except original process, should be served upon the undersigned attorney at the address stated below.

　　　YOU ARE HEREBY REQUESTED to provide discovery, in accordance with Federal Rule of Criminal Procedure 16.

　　　DATED this 14th day of August, 2024.

　　　　　　　　　GAUSE LAW OFFICES, PLLC

　　　　　　　　　　　*/s/ Emily M. Gause*
　　　　　　　　　　　EMILY M. GAUSE, WSBA #44446
　　　　　　　　　　　631 Strander Blvd., Suite G
　　　　　　　　　　　Tukwila, WA 98188
　　　　　　　　　　　206-660-8775 fax: 206-260-7050
　　　　　　　　　　　Email: emily@emilygauselaw.com

NOTICE OF APPEARANCE AND
REQUEST FOR DISCOVERY - 1

**GAUSE LAW OFFICES, PLLC**
631 STRANDER BLVD., SUITE G
TUKWILA, WASHINGTON 98188
(206) 660-8775 • FAX: (206) 260-7050

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading with the clerk of the court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED this 14th day of August, 2024.

>*/s/ Emily M. Gause*
>EMILY M. GAUSE, WSBA #44446
>631 Strander Blvd., Suite G
>Tukwila, WA 98188
>206-660-8775 fax: 206-260-7050
>Email: emily@emilygauselaw.com

NOTICE OF APPEARANCE AND
REQUEST FOR DISCOVERY - 2

**GAUSE LAW OFFICES, PLLC**
631 STRANDER BLVD., SUITE G
TUKWILA, WASHINGTON 98188
(206) 660-8775 • FAX: (206) 260-7050